**Marie D. NESBITT, Plaintiff-Appellant,**

**v.**

**UNITED STATES of America; Safeco Title Insurance Company, a California Corporation; the City and County of San Francisco; L. T. Goldmeyer dba Union Credit Company; and the Franchise Tax Board, an agency of the State of California, Defendants-Appellees.**

**No. 78–2111.**

United States Court of Appeals, Ninth Circuit.

June 26, 1980.

Franklin J. Flocks, Palo Alto, Cal., for plaintiff-appellant.

Joan I. Oppenheimer, Washington, D.C., for defendants-appellees.

* Honorable Mariana R. Pfaelzer, United States District Judge for the Central District of Cali-

Before SNEED and POOLE, Circuit Judges, and PFAELZER *, District Judge.

The reasons for our affirmance were stated quite well in the district court's opinion which appears in 445 F.Supp. 824 (N.D. Cal. 1978). We adopt Judge Renfrew's opinion to the extent of Parts I, II, and III.A. As to Part III.B, we merely wish to hold that, to the extent an exception to section 3466 might exist for "perfected and specific liens," the lien of the appellant was not sufficiently perfected and specific to come within any such exception.

Affirmed.